ANTONIO BUFFO, PLAINTIFF, v. RAYMOND CHMIELEW-SKI ET AL., DEFENDANTS.

Argued February term, 1924—Decided May 28, 1924.

Negligence—Motor Vehicle Skidding—Jury's Award Inadequate —New Trial.

On rule to show cause from the Bergen Circuit.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN and BLACK.

For the rule, *Weinberger & Weinberger.*

*Contra, Hart & Vanderwart.*

PER CURIAM.

The liability of the defendant was not in issue, and the only ground upon which we are urged to make the rule absolute is the inadequacy of the verdict, which was in favor of the plaintiff, for the sum of $1,137.05.

The injuries sustained by the plaintiff seem to have been of a severe character. He was knocked down by the car of the defendant while he was walking on the sidewalk, the car skidding from the roadway. The bone of plaintiff's nose was broken, as was one of his cheek bones; he suffered a fracture of the ribs, and was injured as well on the other side of his body; one of his teeth was knocked out; another tooth was broken off, and others were loosened; his legs were severely bruised, and he was incapacitated for work for about four months. His loss of wages amounted, approximately, to $350. His medical expenses were $118. His total loss and expenses was therefore $468, leaving the amount of the compensation for these conceded injuries only $669, which, under the circumstances, seem to us entirely inadequate.

We think the weight of the evidence, which was in nowise contradicted, warranted a substantial allowance to the plaintiff, as compensation for his injuries, pain and suffering.

This verdict cannot be reconciled with the uncontradicted testimony, except upon the theory that the jury must have misconceived its import.

The rule will be made absolute.